**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2224**

ALAN MILES,

Plaintiff – Appellant,

v.

FULTON BANK,

Defendant – Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, District Judge.  (2:08-cv-00202-RBS-TEM)

Submitted:  July 20, 2009        Decided:  August 3, 2009

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William C. Bischoff, Kevin E. Martingayle, Jonathan L. Stone, STALLINGS & BISCHOFF, PC, Virginia Beach, Virginia, for Appellant.   Jonathan L. Hauser, TROUTMAN & SANDERS, LLP, Virginia Beach, Virginia, Robert A. Angle, TROUTMAN & SANDERS, LLP, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alan Miles appeals the district court's order denying his motion for partial summary judgment and granting Defendant's summary judgment motion on his breach of contract action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Miles v. Fulton Bank, No. 2:08-cv-00202-RBS-TEM (E.D. Va. filed Sept. 30, 2008; entered Oct. 2, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED